H. B. CONLON AND ANOTHER v. INDEPENDENT SCHOOL DISTRICT
NO. 38, SCOTT COUNTY, AND OTHERS.[1]

February 13, 1925.

No. 24,520.

**Case followed.**

H. B. Conlon and W. C. Bromaghim appealed to the district court for
Scott county in an election contest with Herman Schmidt and John Stearns,
who were declared elected to the office of trustee of Independent School
District No. 4. The appeal was heard by Tifft, J., who ordered judgment
in favor of contestees. From the judgment of dismissal, contestants ap-
pealed. Affirmed.

*F. C. & H. A. Irwin,* for appellants.
*Joseph J. Moriarty,* for respondents.

PER CURIAM.

At the school election held in Independent School District No. 38 of
Scott County in July, 1924, two trustees were to be elected. The con-
testants filed as candidates for these positions. Their names and no
others were upon the ballots furnished by the clerk for use at the
election. The names of the contestees were upon ballots printed and
furnished by parties other than the clerk. The contestees received a ma-
jority of the votes cast at the election and were declared elected. The
contestants contend that the use of ballots not prepared by the clerk
was unauthorized and the votes cast therewith illegal. The questions
presented are considered and determined in the case of Grimsrud v. John-
son supra, page 98. On the authority of that case, the judgment of
the trial court is affirmed.

[1]Reported in 202 N. W. 73.